NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**STEPHAN D. EVANS,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

_____

2012-3190

_____

Petition for review of the Merit Systems Protection Board in No. SF0752100966-I-2.

_____

**ON MOTION**

_____

Before O'MALLEY, *Circuit Judge.*

**O R D E R**

Stephan D. Evans moves for the court to accept the currently submitted brief as filed, which the court treats as a motion to file a nonconforming brief and reinstate the petition.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The brief is accepted for filing. The mandate is recalled, the dismissal order is vacated and the petition is reinstated.

(2) USPS's response brief is due within 21 days from the date of filing of this order.

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s19